This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-38420**

**MIKE PARTHASARATHY, as Trustee
for the RH 401 (K) PLAN,**

Plaintiff-Appellant,

v.

**DAVID M. QUINTANA, NOREEN
Y. QUINTANA, and MOBILE
BLOOD SERVICES, L.L.C.,**

Defendants-Appellees,

and

**NEW MEXICO TAXATION AND
REVENUE DEPARTMENT, STATE
OF NEW MEXICO DEPARTMENT
OF WORKFORCE SOLUTIONS,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Joshua A. Allison, District Court Judge**

Moses, Farmer, Glenn, Gutierrez & Werntz, P.C.
Eraina M. Edwards
Albuquerque, NM

for Appellant

Trujillo Law LLC
Jeremy Trujillo
Albuquerque, NM

for Appellees David & Noreen Quintana

Mobile Blood Services, LLC
Albuquerque, NM

Pro Se Appellee

## MEMORANDUM OPINION

**HANISEE, Judge.**

**{1}**     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

**{2}     IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**SHAMMARA H. HENDERSON, Judge**